```
                    THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF OHIO
                             WESTERN DIVISION
```

| | |
|---|---|
| Cynthia Lehman )  | CIVIL ACTION NO. C 3-10cv455 |
| ) | |
| Plaintiff ) | |
| ) | Judge Rose |
| ) | Magistrate Judge Merz |
| vs. ) | |
| ) | |
| Commissioner, ) | |
| Social Security Administration ) | |
| ) | |
| Defendant ) | |
| ) | |

**AGREED ORDER**

This case is before the Court on Plaintiff's Motion for Allowance of Attorney Fees pursuant to §206(b)(1) of the Social Security Act, 42 U.S.C., §406(b)(1). Counsel for Plaintiff seeks approval of an award of attorney fees in the sum of $8,698.09, pursuant to a written contingent fee agreement. The Commissioner does not oppose Plaintiff's Motion, as indicated in her Response filed with this Court on February 27, 2013.

The Court has reviewed the time record submitted by Plaintiff's Counsel and the written fee agreement. The Court finds that the requested fee is reasonable and is within the statutory limits of 42 U.S.C., §406.

Therefore, the Court hereby approves the amount of $8,698.09 in attorney fees to Plaintiff's counsel, Gary M. Blumenthal.

In light of the fact that Plaintiff's Counsel has received payment of $6,000.00 from the Social Security Administration (being held in an escrow account per the statement of account filed as an attachment to Plaintiff's Motion for Allowance of Attorney Fees), the Court also hereby orders that the

Commissioner issue a check to Plaintiff's Counsel, Gary M. Blumenthal, for the remaining balance of $2,698.09.

It is so Ordered.

March 18, 2013 3/18/2013                              *s/ *Thomas M. Rose*


                                                    _____
                                                    Judge Thomas Rose